IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| STUART LYONS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:22-cv-00156-M-BM |
| | ) |
| GREETING TEAM, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Plaintiff, Stuart Lyons, ("Plaintiff"), through his attorney, Agruss Law Firm, LLC, informs this Honorable Court that Plaintiff and Defendant, Greeting Team, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, Greeting Team, LLC, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

January 11, 2023    By: /s/ Shireen Hormozdi Bowman
              Shireen Hormozdi Bowman
              North Carolina Bar No. 47432
              AGRUSS LAW FIRM, LLC
              4809 N. Ravenswood Avenue
              Suite 419
              Chicago, IL 60640
              -and-
              HORMOZDI LAW FIRM, LLC
              1770 Indian Trail Lilburn Road, Suite 175
              Norcross, GA 30093
              Tel: 312-224-4695
              Direct: 678-960-9030
              Fax: 312-253-4451
              shireen@agrusslawfirm.com
              Attorney for Plaintiff

# CERTIFICATE OF SERVICE

I certify that on January 11, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman