IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| STUART LYONS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:22-cv-00156-M-BM |
| GREETING TEAM, LLC, | ) ) ) | |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, STUART LYONS, ("Plaintiff"), through his attorneys, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses Defendant, GREETING TEAM, LLC, with prejudice.

DATED: February 1, 2023         RESPECTFULLY SUBMITTED,

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman
North Carolina Bar No. 47432
AGRUSS LAW FIRM, LLC
4809 N. Ravenswood Avenue
Suite 419
Chicago, IL 60640
-and-
HORMOZDI LAW FIRM, LLC
1770 Indian Trail Lilburn Road, Suite 175
Norcross, GA 30093
Tel: 312-224-4695
Direct: 678-960-9030
Fax: 312-253-4451
shireen@agrusslawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on February 1, 2023, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Shireen Hormozdi Bowman
Shireen Hormozdi Bowman

2

Case 4:22-cv-00156-M-BM   Document 7   Filed 02/01/23   Page 2 of 2